# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00707-CR

**Donald Ray Caldwell, Sr., Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT NO. 95-457-K277, HONORABLE JOHN R. CARTER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

In 1996, Donald Ray Caldwell, Sr., was convicted of aggravated sexual assault and indecency with a child. The conviction was affirmed and is now final. *Caldwell v. State*, No. 03-96-00603-CR, 1998 Tex. App. LEXIS 199 (Tex. App.—Austin 1998, no pet.) (not designated for publication).

In September 2005, Caldwell filed a motion in the district court asking that he be provided a free copy of the trial record. The court did not act on the motion. Caldwell then filed a notice of appeal.

This Court does not have jurisdiction except as expressly granted by law. *See Apolinar v. State*, 820 S.W.2d 792, 794 (Tex. Crim. App. 1991); *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.). We have found no statute vesting this Court with appellate jurisdiction under these circumstances.

The appeal is dismissed.

_____

Jan P. Patterson, Justice

Before Justices B. A. Smith, Patterson and Puryear

Dismissed for Want of Jurisdiction

Filed:   November 4, 2005

Do Not Publish